Betty Runge and Elroy Runge, Plaintiffs, v. Larkin I. Smith, Defendant, and

Larkin I. Smith, Defendant, Counterplaintiff and Appellee, v. Betty Runge, Plaintiff, Counterdefendant and Appellant.

Gen. No. 68–30.

Fifth District.

December 31, 1968.

Ryan and Heller, of Mattoon (Harlan Heller, of counsel), for appellant; Richard F. Record, Jr., of Craig & Craig, of Mattoon, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.